UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| MARY DEVILLEZ<br>(Social Security No. XXX-XX-9005),<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social<br>Security,<br><br>　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)　　3:12-cv-86-WGH-RLY<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**FINAL JUDGMENT ENTRY**

　　This case is **REMANDED** for further proceedings consistent with the Entry on Judicial Review entered this date.

　　**SO ORDERED** the 29th day of May, 2013.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　William G. Hussmann, Jr.
Laura Briggs, Clerk　　　　　　　　　　　　　United States Magistrate Judge
U.S. District Court　　　　　　　　　　　　　Southern District of Indiana

_____
By:　Deputy Clerk

Distributed electronically to ECF-registered counsel of record via email.