UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| MARY DEVILLEZ<br>(Social Security No. XXX-XX-9005),<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social<br>Security,<br><br>    Defendant. | 3:12-cv-86-WGH-RLY |

**FINAL JUDGMENT ENTRY**

This case is **REMANDED** for further proceedings consistent with the

Entry on Judicial Review entered this date.

**SO ORDERED** the 29th day of May, 2013.

_____
William G. Hussmann, Jr.
United States Magistrate Judge
Southern District of Indiana

Laura Briggs, Clerk
U.S. District Court

_____
By:  Deputy Clerk

Distributed electronically to ECF-registered counsel of record via email.